FRANK C. KAY, Respondent, *v.* THE TRAVELERS INSURANCE COMPANY, Appellant.

(Argued March 6, 1935; decided March 20, 1935.)

672

*Bernard J. McGlinn, Louis P. Galli* and *William J. Moran* for appellant.

*Bernard B. Smith* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.